# Exhibit 2



DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Damon Marcus Lewis
damon.lewis@dlapiper.com
T  202.799.4573
F  202.799.5362

June 4, 2021
HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

James J. Lukas
Greenberg Traurig LLP
77 W. Wacker Drive Suite 3100
Chicago, Illinois 60601

Re:   Chervon (HK) Ltd. et al. v. One World Technologies, Inc., et al., 1:19-cv-1293 (D. Del)

**Dear James:**

Pursuant to the order of Magistrate Judge Fallon on May 27, 2021, please see the following hit counts for the following search terms, post global de-duplication.

| Term | Hits | Hits including Family Group |
| --- | --- | --- |
| Mower AND (safe* OR switch OR sensor OR control* OR lock* OR kill OR "shut off" OR "shut down") | 59,901 | 122,161 |
| Ego AND (pat* OR mower OR blower OR "power equipment" OR safe* OR RY401* OR RY40LM* OR Ryobi OR "one world" OR techtronic OR homelite OR 463 OR 806 OR 686 OR 588 OR 805 OR 772 OR 176 OR 420) | 8,254 | 13,326 |
| Chervon AND (pat* OR mower OR blower OR "power equipment" OR safe* OR RY401* OR RY40LM* or Ryobi OR "one world" OR techtronic OR homelite OR 463 OR 806 OR 686 OR 588 OR 805 OR 772 OR 176 OR 420) | 1,361 | 2,829 |
| Safe* AND (switch OR sensor OR control* OR lock* OR release* OR assembl* OR kill OR "shut off" OR "shut down") | 39,188 | 83,150 |
| *mower* AND (copy* OR compet* OR infring* OR pat* OR chervon OR ego OR echo OR hart OR "home depot" OR "THD" OR "HD" OR homedepot OR walmart OR "walmart" OR telescop* OR storage OR collaps* OR fold* OR redesign OR "re design" OR "next generation" OR "next gen" OR nextgen OR roadmap OR "road map") | 126,654 | 208,966 |

WEST\294588436.1



James Lukas
June 4, 2021
Page Two



Best regards,


Damon Marcus Lewis

DML:

WEST\294588436.1