# EXHIBIT D

ORAL ORDER: The transcript of the discovery dispute teleconference held on May 27, 2021 shall serve as the Order of the Court. In accordance with the rulings made on the record, IT IS HEREBY ORDERED that Chervon's motion for leave to file a Rule 37 motion is GRANTED-IN-PART as follows: (1) On or before June 4, 2021, One World shall provide to Chervon hit counts on Chervon's original email search strings set forth at D.I. 207-2 paragraph 2; (2) On or before June 4, 2021, One World shall serve on Chervon a declaration that: (a) addresses in a factually detailed manner the reason for the large disparity between the first and second email productions; (b) explains One Worlds delay in recognizing a deficiency in the first email production; (c) provides a factually detailed description of the "technical limitation in its prior search which it rectified by using... a more robust search tool;" and (d) sets forth the detailed facts underlying the process One World implemented to modify the terms to provide meaningful hits. While the assertion of privilege is not waived, privilege objections shall not be used to frustrate or obstruct the purpose of the declaration; and (3) On or before June 11, 2021, Chervon may file a Rule 37 motion in accordance with the Court's discovery dispute procedures if a reasonable basis exists. With respect to Chervon's motion to compel the production of sales, finance, marketing, and advertising information, the parties are ordered to meet and confer on or before June 3, 2021. With respect to One World's motion to compel the production of non-privileged emails, Chervon is ordered to provide hit counts by June 4, 2021, with a further production to be made on or before June 7, 2021 and a deadline for completion of production of June 30, 2021. The parties shall meet and confer on the struck terms on or before June 3, 2021. Ordered by Judge Sherry R. Fallon on 5/27/2021. (lih) (Entered: 05/28/2021)

As of June 1, 2021, PACER did not contain a publicly available document associated with this docket entry. The text of the docket entry is shown above.

*Chervon (HK) Limited a/k/a Chervon Limited Corp. et al v. One World Technologies, Inc. et al*
1-19-cv-01293 (DDE), 5/28/2021, docket entry