# EXHIBIT G

**Larson, Erin**

| | |
|---|---|
| **From:** | Lewis, Damon <damon.lewis@us.dlapiper.com> |
| **Sent:** | Monday, March 8, 2021 5:32 PM |
| **To:** | lukasj@gtlaw.com; levinsteinm@gtlaw.com; sandc@gtlaw.com; gilfordb@gtlaw.com; schladweilerb@gtlaw.com; NicodemaM@gtlaw.com |
| **Cc:** | dlachervon-oneworld@dlapiper.com |
| **Subject:** | Chervon v. One World - email discovery |

Counsel,

Pursuant to our discussions regarding email production, here are our proposed search terms and their corresponding hit counts across these six custodians:
- Steve Holland
- Seth Chapman
- Brian Hobbs
- James Ferrell
- Jason Goings
- Drew Patrick

| **Search String** | **Hit Count** |
|---|---|
| *mower* w/10 ((copy* or compet* or infring* or patent) and (chervon or ego or echo or "home depot" or "thd")) | 313 |
| *mower* w/10 ((copy* or compet* or infring* or patent) and (telecop* or storage or collapse* or fold* or redesign or "next generation" or "next gen" or "nextgen")) | 161 |
| *mower* w/10 (Ego AND (patent OR "power equipment" OR safe* OR RY401* OR RY40LM* OR Ryobi OR echo or clm-58v OR "one world" OR techtronic OR homelite OR 463 OR 806 OR 686 OR 588 OR 805 OR 772 OR 176 OR 420)) | 966 |
| *mower* w/10 (Safe* AND (switch OR sensor OR control* OR lock* OR release* OR assembl* OR kill OR "shut off" OR "shut down")) | 477 |
| *mower* w/10 (safe* w/10 (switch OR sensor OR control* OR lock* OR kill OR "shut off" OR "shut down")) | 298 |
| *mower* w/10 ((chervon or ego) and (market* or sales or advert*)) | 114 |
| (*Mower* w/10 (switch* or sensor*)) and ((switch* or sensor*) w/10 (safe* OR lock* OR kill OR "shut off" OR "shut down" or control)) | 4382 |

Notes:
We required mower to be within 10 of everything else so as not capture signature blocks for people in the mower division
We changed pat* to patent so as not to capture emails simply mentioning individuals named Patrick or Patricia.

Please let us know if these terms are acceptable to Chervon. If you confirm which 6 search strings you have chosen by Friday, March 12, we will produce the results no later than Friday, April 2.

Thanks,

# Damon Marcus Lewis
Of Counsel

T  +1 202 799 4573
F  +1 202 799 5362
M  +1 202 674 1765
damon.lewis@us.dlapiper.com

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC  20004



dlapiper.com